# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2051
Lower Tribunal No. F21-16614
_____

**Ilian Andrey Morejon-Blagoev**,
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Carlos J. Martinez, Public Defender, and Amy Weber, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before GORDO, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Floyd v. State</u>, 18 So. 3d 432, 451 (Fla. 2009) ("There is no <u>Brady</u> violation where the information is equally accessible to the defense and the prosecution, or where the defense either had the information or could have obtained it through the exercise of reasonable diligence."); <u>Owen v. State</u>, 986 So. 2d 534, 547 (Fla. 2008) ("Equally available evidence is not suppressed where 'the defendant was aware of the exculpatory information.'").